1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

CECILIA ARGUETA, *an individual*,

                                            Plaintiff,

vs.

J.P. MORGAN CHASE, dba WASHINGTON
MUTUAL F.S.B., QUALITY LOAN
SERVICE CORPORATION, FEDERAL
HOME LOAN MORTGAGE
CORPORATION, and DOES 1 through 20,
                                            Defendants.

Case No.  2:11-cv-00441-WBS-GGH

**ORDER GRANTING DEFENDANTS JP
MORGAN CHASE BANK, N.A. AND
FEDERAL        HOME       LOAN
CORPORATION REQUEST TO APPEAR
TELEPHONICALLY AT DEFENDANTS'
MOTION TO DISMISS SET FOR APRIL
11, 2011**

Date: April 11, 2011
Time: 2:00 p.m.
Ctrm: 5
Judge: Hon. William B. Shubb

      Having read Defendants JP Morgan Chase Bank, N.A. and Federal Home Loan

Corporation ("Defendants") request to appear telephonically, the Court grants Defendants' request

to appear telephonically at Defendants' Motion to Dismiss scheduled for April 11, 2010 at 2:00

p.m.  The Court will contact Counsel for Defendants' at (619) 955-1606.

Dated:  March 31, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
**PROPOSED ORDER**