UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA ARGUETA, *an individual,*<br><br>                                                      Plaintiff,<br><br>vs.<br><br>J.P. MORGAN CHASE, dba WASHINGTON MUTUAL F.S.B., QUALITY LOAN SERVICE CORPORATION, FEDERAL HOME LOAN MORTGAGE CORPORATION, and DOES 1 through 20,<br>                                                      Defendants. | Case No. 2:11-cv-00441-WBS-GGH<br><br>**ORDER GRANTING DEFENDANTS JP MORGAN CHASE BANK, N.A. AND FEDERAL HOME LOAN CORPORATION REQUEST TO APPEAR TELEPHONICALLY AT DEFENDANTS' MOTION TO DISMISS SET FOR JULY 5, 2011**<br><br>Date:  July 5, 2011<br>Time:  2:00 p.m.<br>Ctrm:  5<br>Judge: Hon. William B. Shubb |

Having read Defendants JP Morgan Chase Bank, N.A. and Federal Home Loan Corporation ("Defendants") request to appear telephonically, the Court grants Defendants' request to appear telephonically at Defendants' Motion to Dismiss scheduled for July 5, 2011 at 2:00 p.m.

Dated:  June 24, 2011

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE