# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA ARGUETA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>J.P. MORGAN CHASE, N.A.; QUALITY LOAN SERVICE CORPORATION; FEDERAL HOME LOAN MORTGAGE CORPORATION, and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:11-cv-00441-WBS-GGH<br><br>[*Assigned to the Hon. William B. Shubb, Ctrm 5.*]<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT** |

Based on the Joint Stipulation to Extend Time for Plaintiff to File Second Amended Complaint, and GOOD CAUSE APPEARING THEREFORE:

1. Plaintiff's shall have an additional week to file her Second Amended Complaint, which shall be due to be filed on July 28, 2011.

IT IS SO ORDERED.

Dated: July 19, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

TAYLOR MORTGAGE LAWYERS
16 N. Marengo Avenue
Suite 707
Pasadena, California
91101

[PROPOSED] ORDER GRANTING EXTENSION TO FILE SECOND AMENDED COMPLAINT

## CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this action; I am employed in the County of Los Angeles, State of California.   I am an active member of the State Bar of California; my business address is 16 N. Marengo Ave., Suite 707, Pasadena, CA 91101.

On **July 19, 2011**, I served the foregoing documents described as

[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING TIME TO FILE SECOND AMENDED COMPLAINT

on interested parties in this action, through their respective attorney(s) of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

METHOD OF SERVICE
[ ]     (BY MAIL) I caused such envelope(s) for collection and mailing, following ordinary business practices, at the business office of Taylor Mortgage Lawyers, and addressed as shown on the attached service list, for deposit in the United States Postal Service.  I am readily familiar with the practice of Taylor Mortgage Lawyers for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business
fully prepaid to be placed in the United States Mail.
[ ]     (BY PERSONAL SERVICE) I delivered such envelope(s) by hand to the addressees as indicated.
[ ]     (BY OVERNIGHT DELIVERY) I deposited in a box or other facility maintained by Federal Express, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document for overnight delivery, in an envelope designed by said express carrier, with delivery fees paid for.
[ ]     (BY FACSIMILE)  I caused the above-referenced document(s) to be telephonically transmitted to the interested parties via facsimile machine as stated on the attached service list.
[X]     (BY ELECTRONIC SERVICE) Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF System.

JURISDICTION
[ ]     (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
[X]     (FEDERAL)  I declare that I am employed in the office of a member of the bar of the Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 19, 2011, at Pasadena, California.


  /s/ James R. Galliver
JAMES R. GALLIVER, declarant

TAYLOR MORTGAGE LAWYERS
16 N. Marengo Avenue
Suite 707
Pasadena, California
91101

2
[PROPOSED] ORDER GRANTING EXTENSION TO FILE SECOND AMENDED COMPLAINT

## SERVICE LIST

David C. Scott, Esq.
Rachel Opatik, Esq.
McCARTHY & HOLTHUS, LLP
1770 Fourth Ave.
San Diego, CA 92101

<u>Attorneys for Defendant(s):</u>
JPMORGAN CHASE, N.A.;
FEDERAL HOME LOAN MORTGAGE CORPORATION

TAYLOR MORTGAGE
LAWYERS
16 N. Marengo Avenue
Suite 707
Pasadena, California
91101

3
[PROPOSED] ORDER GRANTING EXTENSION TO FILE SECOND AMENDED COMPLAINT