UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CECILIA ARGUETA, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>J.P. MORGAN CHASE, dba WASHINGTON MUTUAL F.S.B.; QUALITY LOAN SERVICE CORPORATION; FEDERAL HOME LOAN MORTGAGE CORPORATION; and DOES 1-20, inclusive,<br><br>        Defendants.<br>_____/ | NO. CIV. 2:11-441 WBS GGH<br><br>ORDER RE: Motion for Judgment |

----oo0oo----

On June 30, 2011, the court granted defendants' motion to dismiss and gave plaintiff ten days to file a Second Amended Complaint. (Docket No. 24.) The court thereafter granted plaintiff an additional ten days to file a Second Amended Complaint. (Docket No. 29.) Because plaintiff failed to file her Second Amended Complaint in the time provided, she subsequently moved to amend her complaint and lodged her proposed

1

1  Second Amended Complaint at that time.  (Docket Nos. 31 and 32.)
2  The court granted plaintiff's motion to amend and instructed
3  plaintiff to file the Second Amended Complaint within ten days.
4  (Docket No. 35.)  Presumably because plaintiff had already lodged
5  her Second Amended Complaint with the court, she did not re-file
6  it after the court granted her motion to amend.
7       Defendants now move for judgment based on plaintiff's
8  failure to file her Second Amended Complaint, which prompted
9  plaintiff to file her Second Amended Complaint (Docket No. 38).
10 Given plaintiff's lodging of her Second Amended Complaint at the
11 time she filed her motion to amend and the fact that her Second
12 Amended Complaint has now been filed, the court will deny
13 defendants' Motion for Judgment.
14       IT IS THEREFORE ORDERED that defendants' Motion for
15 Judgment (Docket No. 37) be, and the same hereby, is DENIED.
16 DATED:  September 29, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE