McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4811

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA ARGUETA, *an individual,*<br><br>Plaintiff,<br><br>vs.<br><br>J.P. MORGAN CHASE, dba WASHINGTON MUTUAL F.S.B., QUALITY LOAN SERVICE CORPORATION, FEDERAL HOME LOAN MORTGAGE CORPORATION, and DOES 1 through 20,<br><br>Defendants. | Case No.  2:11-cv-00441-WBS-GGH<br><br>**ORDER GRANTING DEFENDANTS JP MORGAN CHASE BANK, N.A. AND FEDERAL HOME LOAN CORPORATION REQUEST TO APPEAR TELEPHONICALLY AT DEFENDANTS' MOTION TO DISMISS SET FOR DECEMBER 5, 2011**<br><br>Date:  December 5, 2011<br>Time:  2:00 p.m.<br>Ctrm:  5<br>Judge: Hon. William B. Shubb |

Having read Defendants JP Morgan Chase Bank, N.A. and Federal Home Loan Corporation ("Defendants") request to appear telephonically, the Court, under the circumstances, grants Defendants' request to appear telephonically at Defendants' Motion to Dismiss scheduled for December 5, 2011 at 2:00 p.m.  The court notes, however, that the fact that counsel may have to travel to a district somewhat distant from counsel's offices, particularly for hearing on a motion that defendants themselves have made, should be a consideration when deciding whether to undertake representation of defendants in an action pending in such a

district.  The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated:  November 14, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE