# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA ARGUETA, an individual, | Case No. 2:11-cv-00441-WBS-GGH |
| Plaintiff, | |
| vs. | **ORDER** |
| J.P. MORGAN CHASE, dba WASHINGTON MUTUAL F.S.B., QUALITY LOAN SERVICE CORPORATION, FEDERAL HOME LOAN MORTGAGE CORPORATION, et al., | |
| Defendants. | |

The court is not inclined to hear oral argument on a motion to dismiss where counsel for neither side wishes to personally appear for argument.  Both sides having requested to appear by telephone, the court is more inclined to submit the motion without oral argument.  Therefore, defendants' motion to dismiss plaintiff's second amended complaint will be taken under submission without oral argument.

IT IS SO ORDERED.

DATED:  November 22, 2011

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

TAYLOR MORTGAGE
LAWYERS
16 N. Marengo Avenue
Suite 707
Pasadena, California
91101

PROPOSED ORDER