McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4811

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA ARGUETA, *an individual,*<br><br>Plaintiff,<br><br>vs.<br><br>J.P. MORGAN CHASE, dba WASHINGTON MUTUAL F.S.B., QUALITY LOAN SERVICE CORPORATION, FEDERAL HOME LOAN MORTGAGE CORPORATION, and DOES 1 through 20,<br>Defendants. | Case No. 2:11-cv-00441-WBS-GGH<br><br>**ORDER GRANTING DEFENDANTS JP MORGAN CHASE BANK, N.A. AND FEDERAL HOME LOAN CORPORATION'S REQUEST TO APPEAR TELEPHONICALLY AT DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>Date: March 12, 2012<br>Time: 2:00 p.m.<br>Ctrm: 5<br>Judge: Hon. William B. Shubb |

Having read Defendants JP Morgan Chase Bank, N.A. and Federal Home Loan Corporation ("Defendants") request to appear telephonically, the Court grants Defendants' request to appear telephonically at Defendants' Motion to Dismiss scheduled for March 12, 2012 at 2:00 p.m. The courtroom deputy will email counsel with instructions on how to participate in the telephone conference call.

Dated: March 6, 2012

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
**[PROPOSED] ORDER**