UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CECILIA ARGUETA, an individual, | NO. CIV. 2:11-441 WBS GGH |
| Plaintiff, | MEMORANDUM AND ORDER RE: MOTION TO DISMISS THIRD AMENDED COMPLAINT |
| v. | |
| J.P. MORGAN CHASE, dba WASHINGTON MUTUAL F.S.B., QUALITY LOAN SERVICE CORPORATION, FEDERAL HOME LOAN MORTGAGE CORPORATION, and DOES 1-20, | |
| Defendants. | |

----oo0oo----

Plaintiff Cecilia Argueta brought this action against defendants J.P. Morgan Chase ("Chase") d/b/a Washington Mutual F.S.B. ("Washington Mutual" or "WAMU"), Quality Loan Service Corporation, and Federal Home Loan Mortgage Corporation ("FHLMC" or "Freddie Mac"), arising from defendants' allegedly wrongful conduct related to a residential loan modification application and a Notice of Default and Election to Sell Under Deed of Trust.

1

1   Chase and FHLMC have filed a joint motion to dismiss the Third
2   Amended Complaint ("TAC") in its entirety for failure to state a
3   claim upon which relief can be granted pursuant to Federal Rule
4   of Civil Procedure 12(b)(6).  (Docket No. 51.)

5        The court has previously granted three motions to
6   dismiss brought by Chase and FHLMC.  (Docket Nos. 11, 24, 49.)
7   Following the court's most recent order granting Chase and
8   FHLMC's motion to dismiss the Second Amended Complaint ("SAC"),
9   plaintiff was granted leave to file a Third Amended Complaint,
10  provided she could do so consistent with the court's Order.
11  (November 30, 2011, Order at 13:6-8 (Docket No. 49).)  Her TAC,
12  however, does not allege any additional material facts.
13  Unsurprisingly, plaintiff's re-allegation of the same facts
14  alleged in the SAC fails to cure any of the deficiencies
15  identified in the court's order dismissing the SAC.  Accordingly,
16  plaintiff has failed to state any valid claims in her TAC.

17       Not only did plaintiff fail to make any material
18  changes to her complaint in response to the court's November 30,
19  2011, Order, she also failed to file a timely opposition or
20  statement of non-opposition to the motion presently before the
21  court as required by Local Rule 230(c).  This disregard for local
22  rules provides an additional ground upon which to grant
23  defendants' motion.

24       In light of plaintiff's repeated failure to state a
25  valid claim against defendants and her apparent lack of interest
26  in participating in the present motion, the court must assume
27  that plaintiff has either concluded that she cannot state a valid
28  claim or is no longer interested in prosecuting this action.  It

2

therefore appears that it would be futile to grant her leave to amend her complaint.[1]

IT IS THEREFORE ORDERED that defendants' joint motion to dismiss the Third Amended Complaint as to J.P. Morgan Chase and Federal Home Loan Mortgage Corporation be, and the same hereby is, GRANTED, and it is further ordered that this action be, and the same hereby is, DISMISSED WITH PREJUDICE as to defendanats J.P. Morgan Chase and Federal Home Loan Mortgage Corporation.

DATED:    March 7, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1]    While leave to amend must be freely given, the court is not required to allow futile amendments.  See DeSoto v. Yellow Freight Sys., Inc., 957 F.2d 655, 658 (9th Cir. 1992); Klamath-Lake Pharm. Ass'n v. Klamath Med. Serv. Bureau, 701 F.2d 1276, 1293 (9th Cir. 1983); Reddy v. Litton Indus., Inc., 912 F.2d 291, 296-97 (9th Cir. 1990); Rutman Wine Co. v. E. & J. Gallo Winery, 829 F.2d 729, 738 (9th Cir. 1987).